1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MARTIN LOPEZ SOTO, | ) Case No. CV 16-03970-DMG (DTB) |
| | ) |
| Plaintiff, | ) ORDER TO SHOW CAUSE |
| | ) |
| vs. | ) |
| | ) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

On August 16, 2016, the Court dismissed plaintiff's Complaint with leave to amend. Plaintiff's First Amended Complaint was due on or before September 15, 2016. Plaintiff has failed to file a First Amended Complaint within the allotted time nor has he requested an extension of time within which to do so.

Accordingly, on or before **November 4, 2016**, plaintiff is ORDERED to either (a) advise the Court that he does not desire to pursue this action; (b) if plaintiff does desire to pursue this action, show good cause in writing, if any exists, why plaintiff has not timely filed with the Court his First Amended Complaint, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order; or (c) serve and file a First Amended

1  Complaint.  Plaintiff is forewarned that, if he fails to do either, the Court may deem

2  such failure a further violation of a Court order justifying dismissal, and also deem

3  such failure as further evidence of a lack of prosecution on plaintiff's part.

4

5  DATED: October 5, 2016

6

7  _____

8  DAVID T. BRISTOW
   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2