JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HECTOR MARTIN LOPEZ SOTO,

Plaintiff,

vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

Case No. CV 16-03970-DMG (DTB)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: February 21, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE